No. 24-1675

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| LOGAN DYJAK, | ) | Appeal from the United States |
| | ) | District Court for the Central |
| Plaintiff-Appellant, | ) | District of Illinois |
| | ) | |
| v. | ) | |
| | ) | No. 3:21-cv-03151-JES |
| STACEY HORSTMAN, JO-AN | ) | |
| LYNN, and LANA MILLER | ) | The Honorable |
| | ) | JAMES E. SHADID, |
| Defendants-Appellees. | ) | Judge Presiding. |

**DEFENDANTS-APPELLEES' MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees Stacey Horstman, Jo-An Lynn, and Lana Miller move

this court for a 30-day extension of time, from August 28, 2024, to September 27,

2024, to file their response brief in this appeal, and submit the attached declaration

in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:    /s/ Jonathon M. Studer
JONATHON M. STUDER
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-7122 (office)
(312) 415-8065 (cell)
Jonathon.Studer@ilag.gov

## DECLARATION

I, Jonathon M. Studer, state the following:

1.      I am a citizen of the United States over the age of 18.  My current business address is 115 South LaSalle Street, Chicago, Illinois 60603.  I have personal knowledge of the facts set forth in this declaration.  If called upon, I could competently testify to these facts.

2.      I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and I have been assigned to represent Defendants-Appellees before this court in this appeal docketed as No. 24-1675.

3.      The response brief of Defendants-Appellees is due to be filed with this court on August 28, 2024, on two extensions of time.  7th Cir. Doc. 9.  On June 20, 2024, Defendants-Appellees filed a motion for extension of time, 7th Cir. Doc. 5, which this court granted the same day, 7th Cir. Doc. 6.  On July 22, 2024, Defendants-Appellees filed a second motion for extension of time, 7th Cir. Doc. 8, which this court granted the same day, 7th Cir. Doc. 9.

4.      This is Defendants-Appellees' third motion for an extension of time to file their response brief, and this request is being made at least seven days before the response brief's due date, as required by 7th Cir. R. 26.

5.      Although I have begun working on the brief and it is now the top priority in my work schedule, I will not be able to finish drafting the response brief in this appeal, have the draft reviewed through the regular review process of the Civil

Appeals Division, finalize the draft, and file the brief with this court by August 28, 2024.

6.    I was assigned this appeal on August 1, 2024, to accommodate the schedule of the attorney who had been assigned to this appeal, and filed a substitute appearance on August 2, 2024.

7.    On August 23, 2024, I am scheduled to file a response brief on behalf of Defendants-Appellees William Davis, Ricky Smith, Timmber Totsch, and David Werries in *Rhodes v. Werries*, No. 23-2488, in the United States Court of Appeals for the Seventh Circuit.  That matter involves a direct appeal following a civil jury trial, in which a *pro se* prisoner alleged that officers with the Illinois Department of Corrections violated the Eighth Amendment to the United States Constitution and were liable under 42 U.S.C. § 1983 for use of excessive force, failure to intervene, and deliberate indifference to a serious medical need.  I prioritized the *Rhodes* brief in my work schedule because it was also on two extensions of time and had an earlier due date of August 23, 2024.

8.    I do not request this extension of time, from August 28, 2024, to September 27, 2024, to file the response brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on August 16, 2024

By:     /s/ Jonathon M. Studer
        JONATHON M. STUDER
        Assistant Attorney General
        115 South LaSalle Street
        Chicago, Illinois 60603
        (312) 814-7122 (office)
        (312) 415-8065 (cell)
        Jonathon.Studer@ilag.gov

**CERTIFICATE OF FILING AND SERVICE**

I certify that on August 16, 2024, I electronically filed the foregoing Defendants-Appellees' Motion for Extension of Time to File Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

The other participant, named below, is not a CM/ECF user(s), and thus was served by placing a copy in an envelope bearing proper prepaid postage and directed to the address indicated below, and depositing the envelope in a box designated for the United States mail at 115 South LaSalle Street, Chicago, Illinois 60603, before 5:00 p.m. on August 16, 2024.

Logan Dyjak
Packard Mental Health Center
901 Southwind Road
Springfield, IL 62703

/s/ Jonathon M. Studer
JONATHON M. STUDER
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-7122 (office)
(312) 415-8065 (cell)
Jonathon.Studer@ilag.gov